UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 17-0274 |
|---|---|---|
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| CHAD LIGHTFOOT | * | MAG. JUDGE KAREN L. HAYES |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that that the motions to quash, suppress, or alternatively, in limine [Doc. Nos. 68 & 69] filed by Defendant Chad Lightfoot are hereby DENIED.

MONROE, LOUISIANA, this 13th day of September, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE