**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:17-CR-00274-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SANCTIONED/BARRED CHAD LIGHTFOOT (01)** | **MAGISTRATE JUDGE HAYES** |

**ORDER**

Pending before the Court is a successive Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Doc. No. 247] filed by *pro se* Defendant Chad Lightfoot ("Lightfoot"). The Government has filed a response [Doc. No. 249] to the Motion arguing that the motion should be dismissed or transferred to the United States Court of Appeals for the Fifth Circuit because it is successive and because Lightfoot has not obtained authorization from the Fifth Circuit to file the motion. Lightfoot has filed a reply [Doc. No. 252] to the response.

A defendant must receive authorization from the Court of Appeals before he can file a successive § 2255 motion in the district court. *See* US.C. §§ 2255(h), 2244(b)(3)(A); *in re Bradford*, 660 F.3d 226, 230 (5th cir. 2011) ("A prisoner must seek authorization from this Court before a second successive § 2255 motion may be filed in the district court."). As Lightfoot has provided no evidence that he obtained authorization from the Fifth Circuit to file this obviously successive § 2255 motion,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Lightfoot's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Doc. No. 247] is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 12th day of October 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE